IN RE **Advanced Media Design, Inc.** _____   Case No. _____
                        Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **AMD097**<br>**AccuSource Cables**<br>**1810 Catalina Court**<br>**Livermore, CA  94550** | | | | | | | **1,468.19** |
| ACCOUNT NO. **CUST003661**<br>**Advanced Media Technologies, Inc.**<br>**PO Box 934327**<br>**Atlanta, GA  31193-4327** | | | | | | | **588.28** |
| ACCOUNT NO. **CA 823**<br>**Aethra**<br>**10 Via Matteo Ricci**<br>**Ancona, Italy,    60126** | | | | | | | **2,944.00** |
| ACCOUNT NO.<br>**Allied Electronics**<br>**PO Box 2325**<br>**Forth Worth, TX  76113-2325** | | | | | | | **62.60** |

    ___**5**___ continuation sheets attached

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **5,063.07** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Advanced Media Design, Inc.                                      Case No. _____
          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Acct ending in 4300** <br><br>American Express<br>Box 0001<br>Los Angeles, CA  90096-0001 | | | Credit card | | | | 14,718.82 |
| ACCOUNT NO. <br><br>American Plastics<br>463 Dawson Drive<br>Camarillo, CA  93012-8040 | | | | | | | 35.18 |
| ACCOUNT NO. **10083** <br><br>Ameritron, Inc.<br>1461 S. Balboa<br>Ontario, CA  91761 | | | Trade Debt | | | | 7,690.00 |
| ACCOUNT NO. <br><br>Best Buy<br>P.O. Box 843343<br>Kansas City, MO  64184-3343 | | | Credit card | | | | 1,371.99 |
| ACCOUNT NO. **4246-3151-3904-3051** <br><br>Chase UA Visa<br>Cardmember Service<br>PO Box 94014<br>Palatine, IL  60094-4014 | | | Credit card | | | | 2,927.00 |
| ACCOUNT NO. <br><br>Cutter Aviation<br>2802 E. Old Tower Road<br>Phoenix, AZ  85034 | | | | | | | 19,765.03 |
| ACCOUNT NO. **AMDSYS** <br><br>Data Pro<br>1144 NW 52nd Street<br>Seattle, WA  98107 | | | Merchandise | | | | 196.00 |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  46,704.02

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 3:10-bk-16245-GM    Doc 1-1    Filed 05/25/10    Entered 05/25/10 10:06:28    Desc
Supplement    Page 3 of 25

IN RE Advanced Media Design, Inc.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> Digistor <br> Sunland International <br> 1400-A Dell Avenue <br> Campbell, CA 95008 | | | | | | | 3,816.87 |
| ACCOUNT NO. **01*ADV496** <br> Extron Electronics <br> PO Box 513206 <br> Los Angeles, CA 90051-1206 | | | Merchandise | | | | 966.78 |
| ACCOUNT NO. **30168** <br> Life Size Communications, Inc. <br> 901 S. Mopac, Bldg. 3 <br> Suite 300 <br> Austin, TX 78746 | | | Inventory | | | | 34,022.39 |
| ACCOUNT NO. <br> Lindsey Air <br> Dba Adams Air Systems <br> 3481 Old Conejo Road, Suite 102 <br> Newbury Park, CA 91320 | | | | | | | 205.00 |
| ACCOUNT NO. **100991500** <br> McMaster-Carr Supply Company <br> PO Box 7690 <br> Chicago, IL 60680-7690 | | | Merchandise | | | | 430.80 |
| ACCOUNT NO. <br> Mechatronics <br> PO Box 5012 <br> 8152 304th Avenue SE <br> Preston, WA 98050-5012 | | | | | | | 942.06 |
| ACCOUNT NO. **AMDEDI** <br> Metalcrafters <br> 4600 E. Industrial Street <br> Simi Valley, CA 93063 | | | Merchandise | | | | 15,257.60 |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **55,641.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont. Case 10-bk-16245-GM   Doc 1-1   Filed 05/25/10   Entered 05/25/10 10:06:28   Desc
Supplement   Page 4 of 25

IN RE Advanced Media Design, Inc.
_____
Debtor(s)                              Case No. _____
                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1648944**<br>**Mouser Electronics, Inc.**<br>**PO Box 99319**<br>**Forth Worth, TX  76199-0319** | | | | | | | 2,486.73 |
| ACCOUNT NO.<br>**Network Pro Marketing**<br>**13509 Laurel Court**<br>**Corona, CA  92880** | | | | | | | 227.83 |
| ACCOUNT NO. **2445**<br>**Olsson Frank Weeda Terrman Bode Matz**<br>**1400 16th Street, NW**<br>**Suite 400**<br>**Washington, DC  20036-2220** | | | Legal | | | | 5,519.16 |
| ACCOUNT NO. **ADV120**<br>**Pacific Radio Electronics, Inc.**<br>**969 N. La Brea Avenue**<br>**Los Angeles, CA  90038** | | | | | | | 122.07 |
| ACCOUNT NO. **23201**<br>**Radiant Communications, Inc.**<br>**1600 - 1050 W. Pender St.**<br>**Vancouver, BC  V6E 4T3** | | | Utilities | | | | 153.99 |
| ACCOUNT NO. **C13312**<br>**Sparkle**<br>**1000 Rock Avenue**<br>**San Jose, CA  95131** | | | Merchandise | | | | 1,353.00 |
| ACCOUNT NO. **AMD**<br>**Spence Tek**<br>**2974 Scott Blvd.**<br>**Santa Clara, CA  95054** | | | | | | | 70,842.80 |

Sheet no. ___**3**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  80,705.58

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Advanced Media Design, Inc.
    Debtor(s)
    Case No. _____
    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ADV002** <br> Tandberg <br> 1860 Michael Faraday Drive <br> Suite 250 <br> Reston, VA  20190 | | | Merchandise.  Judgment entered in favor of Tandberg in amount of $3,230,207.58 (as of 2/16/10). | | | | 3,230,207.58 |
| ACCOUNT NO. <br> Brandon H. Elledge, Esq. <br> Holland & Knight LLP <br> 1600 Tysons Blvd., Suite 700 <br> McLean, VA  22102 | | | Assignee or other notification for: <br> Tandberg | | | | |
| ACCOUNT NO. <br> Michael J. Hassen, Esq. <br> Jeffer, Mangels, Butler & Marmaro LLP <br> 2 Embarcadero Center, 5th Floor <br> San Francisco, CA  94111-3824 | | | Assignee or other notification for: <br> Tandberg | | | | |
| ACCOUNT NO. <br> Steven Peri, Esq. <br> Tandberg <br> 1212 Avenue Of The Americas, 24th Fl. <br> New York, NY  10036 | | | Assignee or other notification for: <br> Tandberg | | | | |
| ACCOUNT NO. <br> Travelers <br> CL Remittance Center <br> Hartford, CT  06183-1008 | | | | | | | 1,969.18 |
| ACCOUNT NO. **1674745** <br> Uline <br> 2200 S. Lakeside Drive <br> Waukegan, IL  60085 | | | Merchandise | | | | 301.10 |
| ACCOUNT NO. <br> Video Furniture International <br> 190 Don Hillcock Drive <br> Aurora, Ontario <br> Canada,     L4G 0G9 | | | | | | | 295.80 |

Sheet no. ___4___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 3,232,773.66

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Advanced Media Design, Inc.

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Video Furniture International**<br>**203 Eggert Road**<br>**Buffalo, NY  14215** | | | Assignee or other notification for:<br>Video Furniture International | | | | |
| ACCOUNT NO. **None**<br>**Visionary Solutions, Inc.**<br>**4193 Carpinteria Avenue**<br>**Suite 11**<br>**Carpinteria, CA  93013** | | | | | | | **5,571.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**5**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **5,571.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **3,426,458.83**

B6G (Official Form 6G) (12/07)

IN RE Advanced Media Design, Inc. _____   Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Porsche Financial Services** **Porsche Payment Center** **PO Box 740724** **Cincinnati, OH  45274-0724** | **2006 Porsche Cayenne** |
| **Bank Of America** **PO Box 45224** **Jacksonville, FL  32232-5224** | **2009 Mercedes SL 550-R** |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Advanced Media Design, Inc. _____    Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Stephen Villoria<br>Advanced Media Design, Inc.<br>667 Rancho Conejo Blvd.<br>Newbury Park, CA  91320 | Citibank NA<br>210 West Lexington Drive<br>Glendale, CA  91203 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Advanced Media Design, Inc.** _____    Case No. _____
_____
Debtor(s)                                                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                                                        Debtor

Date: _____    Signature: _____
                                                                                                        (Joint Debtor, if any)
                                                                          [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President And CEO** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Advanced Media Design, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**17**____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: ╳ 5-22-10 _____    Signature: ╳ _____

**Stephen Villoria**
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California, San Fernando Valley Division**

IN RE:                                                                          Case No. _____

Advanced Media Design, Inc._____    Chapter **11**_____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 15,369,980.67 | 2008 Gross revenue |
| 10,425,664.21 | 2009 Gross revenue |
| 585,030.42 | 2010 Gross revenue (January 1, 2010 - April 30, 2010) |

**2. Income other than from employment or operation of business**

None

☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None

☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐   preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Blue Shield Of California**<br>**File 55331**<br>**Los Angeles, CA 90074-5331** | **12/1/2009** | **9,255.00** | 0.00 |
| **Blue Shield Of California**<br>**File 55331**<br>**Los Angeles, CA 90074-5331** | **12/31/2009** | **6,809.00** | 0.00 |
| **Chubb Group Of Insurance Companies**<br>**PO Box 7777-1630**<br>**Philadelphia, PA 19175-1630** | **12/31/2009** | **7,778.00** | 0.00 |
| **Citibank, NA**<br>**PO Box 790017**<br>**St. Louis, MO 63179** | **12/28/2009 Cash** | **250,000.00** | 0.00 |
| **Diners Club**<br>**PO Box 6935**<br>**The Lakes, NV 88901-6935** | **12/1/2009** | **5,228.03** | 0.00 |
| **Emergent Media Marketing**<br>**6090 McDonough Drive**<br>**Suite H**<br>**Norcross, GA 30093** | **1/22/2010** | **6,517.00** | 0.00 |
| **Nordman, Cormany, Hair & Compton**<br>**PO Box 9100**<br>**Oxnard, CA 93031-9100** | **12/1/2009** | **13,383.23** | 0.00 |
| **Nordman, Cormany, Hair & Compton**<br>**PO Box 9100**<br>**Oxnard, CA 93031-9100** | **12/24/2009** | **10,161.45** | 0.00 |
| **SIMA Rancho Conejo, LLC**<br>**1231-B State Street**<br>**Santa Barbara, CA 93101** | **12/1/2009** | **24,159.19** | 0.00 |
| **SIMA Rancho Conejo, LLC**<br>**1231-B State Street**<br>**Santa Barbara, CA 93101** | **12/31/2009** | **14,443.72** | 0.00 |
| **Spence Tek**<br>**2974 Scott Blvd.**<br>**Santa Clara, CA 95054** | **11/5/2009** | **50,053.00** | 0.00 |
| **Symphony Video, Inc.**<br>**407 Lindbergh Road**<br>**Syracuse, NY 13205** | **12/1/2009** | **5,000.00** | 0.00 |
| **Spence Tek**<br>**2974 Scott Blvd.**<br>**Santa Clara, CA 95054** | **2/5/10** | **38,015.00** | 0.00 |
| **William A. Tassio Insurance**<br>**3700 Campus Drive #103**<br>**Newport Beach, CA 92660** | **2/5/10** | **7,179.00** | 0.00 |
| **SIMA Rancho Conejo, LLC**<br>**1231 - B State Street**<br>**Santa Barbara, CA 93101** | **4/6/2010** | **8,860.60** | 0.00 |
| **SIMA Rancho Conejo, LLC**<br>**1231 - B State Street**<br>**Santa Barbara, CA 93101** | **2/26/2010** | **8,860.60** | 0.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| SIMA Rancho Conejo, LLC<br>1231 - B State Street<br>Santa Barbara, CA  93101 | | 0.00 | 0.00 |
| SIMA Rancho Conejo, LLC<br>1231 - B State Street<br>Santa Barbara, CA  93101 | 2/5/2010 | 8,860.60 | 0.00 |
| Nordman, Cormany, Hair & Compton<br>P.O. Box 9100<br>Oxnard, CA  93031-9100 | 2/26/2010 | 7,573.57 | 0.00 |
| Chubb Group Of Insurance Companies<br>P.O. Box 7777 - 1630<br>Philadelphia, PA  19175-1630 | 4/6/2010 | 7,755.75 | 0.00 |
| Blue Shield Of California<br>File 55331<br>Los Angeles, CA  90074-5331 | 4/6/2010 | 6,705.00 | 0.00 |
| Blue Shield Of California<br>File 55331<br>Los Angeles, CA  90074-5331 | 3/12/2010 | 5,625.00 | 0.00 |
| Blue Shield Of California<br>File 55331<br>Los Angeles, CA  90074-5331 | 1/29/2010 | 7,245.00 | 0.00 |
| American Express<br>Box 0001<br>Los Angeles, CA  90096-8000 | 2/1/2010 | 9,940.81 | 0.00 |

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☐  who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|
| No Preferences Debtor Aware Of | | 0.00 | 0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐  bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| Tandberg, Inc. v. Advanced<br>Media Design, Inc., Civil Action<br>No. 1:09cv863 | | In the United States District<br>Court for the Eastern District of<br>Viriginia, Alexandria Division | Judgment entered in<br>favor of Tandberg in<br>amount of $3,230,207.58<br>(as of 2/16/10) |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑  the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑  commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms

**7. Gifts**

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Peter T. Steinberg, Esq.<br>Steinberg, Nutter & Brent, Law Corp.<br>23801 Calabasas Road, Suite 2031<br>Calabasas, CA 91302 | | $500.00 paid in December 2009.<br>$51,039.00 paid on or about January 25, 2010 ($50,000.00 retainer attorneys fees; $1,039.00 filing fee). |

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Tandberg<br>1860 Michael Faraday Drive<br>Suite 250<br>Reston, VA 20190 | 12/31/2009 | 102,000.00 |

**Tandberg - setoff in amount of approximately $102,000.00 for training and marketing against payable - 12/31/2009.**

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Vance Taylor** | **7/2007 - 7/2008** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Dennis Mich
Advanced Media Design, Inc.
667 Rancho Conejo Blvd.
Newbury Park, CA  91320

8/2008 - present

None b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☐ and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**William Finkelstein, CPA**
**21900 Burbank Blvd., 3rd Floor**
**Woodland Hills, CA  91367**

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐ debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Advanced Media Design, Inc.**
**667 Rancho Conejo Blvd.**
**Newbury Park, CA  91320**

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☐ within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                          DATE ISSUED
**Citibank, NA**
**PO Box 790017**
**St. Louis, MO  63179**
**Citibank, NA, possibly another financial institution.  Debtor cannot recall at present.**

## 20. Inventories

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☐ dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market, or other basis) |
| **12/31/09 and 9/30/09** | **Jason Gallina** | **$962,538.00; Book inventory value @** |
|  |  | **9/30/2009 was $1,054,670.00.** |

**Streaming media and recording equipment and video conferencing equipment.**

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

DATE OF INVENTORY                          NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS
                                          **Dennis Mich**
                                          **Advanced Media Design, Inc.**
                                          **667 Rancho Conejo Blvd.**
                                          **Newbury Park, CA  91320**

## 21. Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐ or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Stephen Villoria** | **President and CEO** | **100% Shareholder** |
| **Advanced Media Design, Inc.** |  |  |
| **667 Rancho Conejo Blvd.** |  |  |
| **Newbury Park, CA  91320** |  |  |

## 22. Former partners, officers, directors and shareholders

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<sub>None</sub> b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑  preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

<sub>None</sub> If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☐  bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

| NAME & ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **Stephen Villoria**<br>**Advanced Media Design, Inc.**<br>**667 Rancho Conejo Blvd.**<br>**Newbury Park, CA  91320**<br>**President/CEO** | **Compensation for 12 months**<br>**ended January 31, 2010** | **$350,000.00** |

### 24. Tax Consolidation Group

<sub>None</sub> If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑  purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

<sub>None</sub> If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑  has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: X  5-22-10        Signature: X _____

**Stephen Villoria, President And CEO**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Central District of California, San Fernando Valley Division

IN RE:                                                                     Case No. _____

Advanced Media Design, Inc. _____    Chapter **11** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within
    one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation
    of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................................... $ _____**50,000.00**

    Prior to the filing of this statement I have received ............................................................ $ _____**50,000.00**

    Balance Due .................................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement,
    together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Tax related advice and appearances in any court other than Bankruptcy Court.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy
proceeding.

_5-22-2010_ _____
         Date

Peter T. Steinberg 96834
Steinberg, Nutter & Brent, Law Corp
23801 Calabasas Rd. #2031
Calabasas, CA  91302-3316
(818) 876-8535  Fax: (818) 876-8536

**United States Bankruptcy Court**

**Central District of California, San Fernando Valley Division**

IN RE:                                                           Case No. _____

Advanced Media Design, Inc._____    Chapter **11**_____
                                  Debtor(s)

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ **7** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: __5-22-10__    Signature: _____

                                    **Stephen Villoria, President And CEO**                    Debtor

Date: _____    Signature: _____

                                                                              Joint Debtor, if any

Date: __5-22-2010__    Signature: _____

                                    **Peter T. Steinberg 96834**                    Attorney (if applicable)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Advanced Media Design Inc
667 Rancho Conejo Boulevard
Newbury Park, CA   91320


Steinberg Nutter & Brent Law Corp
23801 Calabasas Rd #2031
Calabasas, CA   91302-3316


United States Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA   91367

AccuSource Cables
1810 Catalina Court
Livermore, CA  94550


Advanced Media Technologies Inc
PO Box 934327
Atlanta, GA  31193-4327


Aethra
10 Via Matteo Ricci
Ancona, Italy,      60126


Allied Electronics
PO Box 2325
Forth Worth, TX  76113-2325


American Express
Box 0001
Los Angeles, CA  90096-0001


American Plastics
463 Dawson Drive
Camarillo, CA  93012-8040


Ameritron Inc
1461 S Balboa
Ontario, CA  91761


Bank Of America
PO Box 45224
Jacksonville, FL  32232-5224


Best Buy
PO Box 843343
Kansas City, MO  64184-3343

Brandon H Elledge Esq
Holland & Knight LLP
1600 Tysons Blvd Suite 700
McLean, VA  22102


Chase UA Visa
Cardmember Service
PO Box 94014
Palataine, IL  60094-4014


Citibank NA
210 West Lexington Drive
Glendale, CA  91203


Cutter Aviation
2802 E Old Tower Road
Phoenix, AZ  85034


Data Pro
1144 NW 52nd Street
Seattle, WA  98107


Digistor
Sunland International
1400-A Dell Avenue
Campbell, CA  95008


Extron Electronics
PO Box 513206
Los Angeles, CA  90051-1206

Life Size Communications Inc
901 S Mopac Bldg 3
Suite 300
Austin, TX  78746


Lindsey Air
Dba Adams Air Systems
3481 Old Conejo Road Suite 102
Newbury Park, CA  91320


Marlin Leasing Corp
PO Box 13604
Philadelphia, PA  19101


Marlin Leasing Corp
124 Gaither Drive #170
Mount Laurel, NJ  08054


McMaster-Carr Supply Company
PO Box 7690
Chicago, IL  60680-7690


Mechatronics
PO Box 5012
8152 304th Avenue SE
Preston, WA  98050-5012


Metalcrafters
4600 E Industrial Street
Simi Valley, CA  93063


Michael J Hassen Esq
Jeffer Mangels Butler & Marmaro L
2 Embarcadero Center 5th Floor
San Francisco, CA  94111-3824

Mouser Electronics Inc
PO Box 99319
Forth Worth, TX  76199-0319


Network Pro Marketing
13509 Laurel Court
Corona, CA  92880


Olsson Frank Weeda Terrman Bode Mat
1400 16th Street NW
Suite 400
Washington, DC  20036-2220


Pacific Radio Electronics Inc
969 N La Brea Avenue
Los Angeles, CA  90038


Porsche Financial Services
Porsche Payment Center
PO Box 740724
Cincinnati, OH  45274-0724


Radiant Communications Inc
1600 - 1050 W Pender St
Vancouver, BC  V6E 4T3


Sparkle
1000 Rock Avenue
San Jose, CA  95131


Spence Tek
2974 Scott Blvd
Santa Clara, CA  95054

Stephen Villoria
Advanced Media Design Inc
667 Rancho Conejo Blvd
Newbury Park, CA   91320


Steven Peri Esq
Tandberg
1212 Avenue Of The Americas 24th F
New York, NY   10036


Tandberg
1860 Michael Faraday Drive
Suite 250
Reston, VA   20190


Travelers
CL Remittance Center
Hartford, CT   06183-1008


Uline
2200 S Lakeside Drive
Waukegan, IL   60085


Video Furniture International
203 Eggert Road
Buffalo, NY   14215


Video Furniture International
190 Don Hillcock Drive
Aurora Ontario
Canada,      L4G 0G9


Videotape Products Inc
2721 W Magnolia Blvd
Burbank, CA   91505

Visionary Solutions Inc
4193 Carpinteria Avenue
Suite 11
Carpinteria, CA  93013